# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Johnny Jermaine White<br><br>Date of Original Judgment: 06/08/2004<br>Date of Previous Amended Judgment: 07/27/2009<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>) Case No: 4:02-CR-60-6H<br>) USM No: 22011-056<br>)<br>) Laura Wasco<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 235 months **is reduced to** 188 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 8, 2004 and July 27, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 2/10/14

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard, Senior U.S. District Judge
Printed name and title