UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Johnny Jermaine White**　　　　　　　　　　　　　　　　**Docket No. 4:02-CR-60-6H**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Johnny Jermaine White, who, upon an earlier plea of guilty to Conspiracy to distribute and Possess With the Intent to Distribute More Than 50 Grams of Cocaine Base and a Quantity of Cocaine and Marijuana, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on June 8, 2004, to the custody of the Bureau of Prisons for a term of 292 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On July 27, 2009, pursuant to an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 235 months imprisonment. On February 10, 2014, pursuant to an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 188 months imprisonment. On March 24, 2015, pursuant to an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 151 months imprisonment.

　　Johnny Jermaine White was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 14, 2016, the defendant provided a urine sample that was submitted for laboratory analysis. On March 21, 2016, laboratory analysis revealed positive results for cocaine and marijuana. On March 22, 2016, White was confronted with the positive results and admitted to using cocaine and marijuana on approximately March 12, 2016. The defendant is currently enrolled in substance abuse treatment. As sanctions for this violation conduct, confinement of 2 days in the custody of the Bureau of Prisons is recommended, along with participation in the DROPS Program, which shall begin at the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Johnny Jermaine White
Docket No. 4:02-CR-60-6H
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: April 29, 2016

### ORDER OF THE COURT

Considered and ordered this 2nd day of May 2016 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge